David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone:   415.590-5110
Facsimile:   415.701-2010

Vivian S. Kuo (*pro hac vice*)
kuov@gtlaw.com
Andrew Sommer (*pro hac vice*)
sommera@gtlaw.com
Cyrus T. Frelinghuysen (*pro hac vice*)
frelinghuysenc@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC  20037
Telephone: 202.331.3100
Facsimile: 202.261.4747

*Attorneys for Defendant
Platinum Optics Technology Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIAVI SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> PLATINUM OPTICS TECHNOLOGY INC., <br><br> Defendant. | CASE NO. 5:21-cv-06655-EJD (SVK) <br><br> **NOTICE OF ERRATA RE DECLARATION OF CONFIDENTIAL NON-PARTY IN SUPPORT OF PTOT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 103-2 and DKT. 104]** |

1   Platinum Optics Technology Inc., provides notice that, in filing [Dkt. 103-2] and [Dkt. 104] there was a mistake in the Declaration of Confidential Non-Party in Support of PTOT's Administrative Motion to File Under Seal.  The corrected Declaration of Confidential Non-Party In Support of PTOT's Administrative Motion to File Under Seal is attached hereto, as Exhibit A and should be used and relied upon in lieu of Dkt. 103-2 and Dkt. 104, *nunc pro tunc.*

Respectfully submitted.

GREENBERG TRAURIG, LLP

Dated: November 14, 2022

By:   */s/ David S. Bloch*
David S. Bloch
*Attorneys for Platinum Optics Technology Inc.*